**JAMES C. NEVILLE**
*ATTORNEY AT LAW*

**14 VANDERVENTER AVENUE**
**SUITE 115**
**POST OFFICE BOX 1711**
**PORT WASHINGTON, NEW YORK 11050**
**TELEPHONE:  (516) 883-5905**
**FACSIMILE:    (516) 883-9508**
**E-MAIL:  jcneville@optonline.net**

_____

February 23, 2012

Honorable Arthur D. Spatt
Senior United States District Judge
United States Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

By:  Facsimile:  (631) 712-5626 and
      ECF

        Re:  U.S.A. v. Frederick Celani, 09 Cr. 405 (ADS)

Dear Judge Spatt:

        Mr. Celani requests that this Honorable Court allow him to waive his appearance at tomorrow's status conference, scheduled for 11:30 a.m.  As this Honorable Court knows, Mr. Celani has had a series of strokes while in custody, and he continues to feel their effects.  Mr. Celani has trouble controlling the right side of his body, and he has lost vision in his right eye, due to a stroke behind that eye.  Mr. Celani has mental lapses that impair his memory and daily function.  Mr. Celani does not feel well at all, and he does not want to spend the day in shackles and chains between the MDC and the Courthouse.

        Mr. Celani understands that he has constitutional and statutory rights to a speedy trial, but he does waive those rights, and Mr. Celani does also waive his appearance.

        Mr. Lunger of the government has informed me that he opposes this respectful motion.

1

This Honorable Court's consideration of this respectful request is much appreciated.


Respectfully submitted,

/s/

James C. Neville, Esq.
Attorney for Frederick Celani

Cc:  Clerk of the Court
     Richard T. Lunger, Esq., AUSA