

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*

*610 Federal Plaza*
*Central Islip, New York  11722-4454*

March 1, 2012

VIA ECF and INTEROFFICE MAIL

Honorable Arthur D. Spatt
United States District Judge
United States District Court
1024 Federal Plaza
Central Islip, New York 11722

       Re:  United States v. Celani
           Cr. No. 09-405 (ADS)

Dear Judge Spatt:

    The government writes, with the consent of defense counsel, to reschedule the conference in the above-referenced criminal case from March 7, 2012 to March 6, 2012 at 9:00 a.m. The government requests this scheduling change due to a conflict which the undersigned Assistant U.S. Attorney has on March 7. Thank you for your consideration of this application.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                 By:   s/Richard T. Lunger
                        Richard T. Lunger
                        Assistant United States Attorney
                        (631) 715-7842

cc:  James C. Neville, Esq. (Via ECF)