# JAMES C. NEVILLE
*ATTORNEY AT LAW*
14 VANDERVENTER AVENUE, SUITE 115
POST OFFICE BOX 1711
PORT WASHINGTON, NEW YORK 11050
TELEPHONE:  (516) 883-5905
FACSIMILE:   (516) 883-9508
E-MAIL:  jcneville@optonline.net

_____

March 8, 2012

MDC Legal Department
Metropolitan Detention Center
MDC Brooklyn
100 29th Street
Brooklyn, New York 11232
By:  Facsimile: (718) 840-4250

Re:  Frederick Celani, Register Number 06691-026

Dear MDC Legal Department:

As you know, Mr. Celani is on various medications, including for his high blood pressure.  He has informed me that he has not had his original prescription filled to control blood pressure.  He has been given some inferior medication that makes him ill, and does not help to solve the serious problem of his high blood pressure.  Please make sure that Mr. Celani does receive the medication that he must have.

Thank you very much for your time and attention to this important matter.

Very truly yours,

James C. Neville, Esq.
Attorney for Frederick Celani, 06691-026

CC:  Hon. Arthur D. Spatt, U.S.D.J.

Richard Lunger, Esq., AUSA
Clerk of the Court
(Via ECF)
Mr. Frederick G. Celani, Register Number 06691-026
(Via "Corrlinks" Email system)