*LARUSSO & CONWAY, LLP*
*ATTORNEYS AT LAW*
*300 OLD COUNTRY ROAD*
*SUITE 341*
*MINEOLA, NEW YORK 11501*
Telephone No. (516) 248-3520
Facsimile No. (516) 248-3522

May 18, 2012

Honorable Arthur D. Spatt
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:  United States v. Frederick Celani
          Criminal Docket No. 09 CR 405(ADS)

Dear Judge Spatt:

    Several weeks ago, I met with Ronald J. Dwyer, a private investigator ("Dwyer"), who was retained by James C. Neville, Esq., the CJA attorney appointed by the Court to represent the defendant Frederick Celani ("Celani"). Mr. Dwyer's services were to be paid by the Criminal Justice Act ("CJA"). Mr. Dwyer and his company, Innovative Strategists, Inc., have performed many hours of work on behalf of Mr. Celani. However, during my meeting with Mr. Dwyer, I also learned that a formal order authorizing the hiring of Mr. Dwyer was never submitted for the Court's approval. Please accept this letter application (1) requesting CJA funding for the services already performed by Mr. Dwyer and (2) seeking continued authorization to utilize Mr. Dywer's services on behalf of Mr. Celani with payment to be made by CJA.

    During the October 13, 2011 Court appearance, Mr. Neville raised the need for a private investigator, and, according to the docket entry that was electronically filed as Document No. 166, a formal order for his services was to have been submitted to the Court for approval. Unfortunately, through an innocent oversight, the proposed

order authorizing CJA-payment to retain the services of Mr. Dwyer was never submitted.

Based upon the above, we respectfully request that the Court (1) authorize CJA-payment for services already performed by Mr. Dwyer totaling $6,587.27 by signing the enclosed CJA Form 21 and (2) permit his continued employment to assist in preparing Mr. Celani's case for trial, with payment by CJA. A proposed Order is attached for the Court's consideration.

Respectfully yours,

Robert P. LaRusso

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -                    ORDER AUTHORIZING CJA
                                    FUNDS FOR INVESTIGATOR
WILLIAM CELANI,
                                    Crim. No. 09-405(ADS)
              Defendant.
- - - - - - - - - - - - - - - - X
```

    This matter having come before the Court on letter application by Robert P. LaRusso, attorney for the defendant Frederick Celani ("Celani"), for an order authorizing payment for services of an investigator in the above-captioned case, and for good cause shown,

IT IS HEREBY ORDERED, that the services already performed by private investigator Ronald Dwyer and his company Innovative Strategists, Inc. ("Company"), on behalf of the defendant and totaling $6,587.27, are authorized for payment pursuant to the Criminal Justice Act ("Act"), and

    IT IS FURTHER ORDERED, that Robert P. LaRusso, attorney for Celani, is hereby authorized to continue the services of Mr. Dwyer and his Company with the cost to be paid pursuant to the Criminal Justice Act ("Act"), at a rate of $95.00 per hour, plus mileage, reasonable transportation fees, including tolls and parking, as authorized by the Act, with the total amount not to exceed $10,000, absent further order of the Court.

Dated:    May      , 2012
          Central Islip, New York


                                    _____
                                    Honorable Arthur D. Spatt
                                    U.S. District Court Judge
                                    Eastern District of New York

CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (Rev. 1/06)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 2nd EDNY | Frederick Celani | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| | 09CR405 | | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | | 10. REPRESENTATION TYPE (See Instructions) |
| USA v. Frederick Celani | ☑ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | ☐ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

### REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

12. ATTORNEY'S STATEMENT

As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ _____ OR
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (Note: Prior authorization should be obtained for services in excess of $500, excluding expenses)

Signature of Attorney _____    Date 5/18/2012

☑ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization
ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

James Neville 14 Vandeventer Ave. Port Washington, NY 11050    Robert Larusso 300 Old Cntry Rd Mineola, NY 11501

Telephone Number: (516) 248-3520

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions)

Assist Counsel in preparing for trial.

14. TYPE OF SERVICE PROVIDER

- 01 ☑ Investigator
- 02 ☐ Interpreter/Translator
- 03 ☐ Psychologist
- 04 ☐ Psychiatrist
- 05 ☐ Polygraph
- 06 ☐ Documents Examiner
- 07 ☐ Fingerprint Analyst
- 08 ☐ Accountant
- 09 ☐ CALR (Westlaw/Lexis, etc.)
- 10 ☐ Chemist/Toxicologist
- 11 ☐ Ballistics
- 13 ☐ Weapons/Firearms/Explosive Expert
- 14 ☐ Pathologist/Medical Examiner
- 15 ☐ Other Medical
- 16 ☐ Voice/Audio Analyst
- 17 ☐ Hair/Fiber Expert
- 18 ☐ Computer (Hardware/Software/Systems)
- 19 ☐ Paralegal Services
- 20 ☐ Legal Analyst/Consultant
- 21 ☐ Jury Consultant
- 22 ☐ Mitigation Specialist
- 23 ☐ Duplication Services (See Instructions)
- 24 ☐ Other (Specify)

15. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature of Presiding Judge or By Order of the Court _____

Date of Order _____  Nunc Pro Tunc Date _____

Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES ☐ NO

### CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 5,937.50 | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | 649.77 | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | $6,587.27 | $0.00 | |

17. PAYEE'S NAME AND MAILING ADDRESS

Innovative Strategists, Inc.
15 Borrell Ct.  St. James, NY 11780

TIN: 11-3632564
Telephone Number: (631) 979-1044

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 11/28/2011 TO 2/15/2012

CLAIM STATUS   ☑ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____    Date 5-16-12

18. CERTIFICATION OF ATTORNEY. I hereby certify that the services were rendered for this case.

Signature of Attorney _____    Date 5/18/2012

### APPROVED FOR PAYMENT — COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | $0.00 |

23. ☐ Either the cost (excluding expenses) of these services does not exceed $500, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $500.

Signature of Presiding Judge _____    Date _____    Judge Code _____

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | $0.00 |

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate) _____    Date _____    Judge Code _____

# INNOVATIVE STRATEGISTS, INC.

PRIVATE INVESTIGATIONS
P.O. BOX 35
SMITHTOWN, NY   11787

| PHONE: 631-979-1044 | FAX: 631-979-1043 |
|---|---|

INVOICE

| Counsel: | James Neville |
|---|---|
| Date: | March 29, 2012 |
| Matter: | Frederick Celani |
| Case #: | IS2011-195 |

| DATE | SERVICES PROVIDED | TIME |
|---|---|---|
| 11/28/11 | Meeting with associate. Attempt to interview attorney Martin Telitelbaum. Interview Attorney Arthur Handle at office. Interview ABC prime time legal department-David Meyer (145 miles, $ 9.50 tolls) | 6.00 |
| 11/28/11 | Review documents received from counsel. Database searches Gave assignment to associate | 2.50 |
| 11/29/11 | Attempt to locate and interview attorney Laura Miranda. Attempt To interview Martin Teitelbaum at 20 Chester St. Smithtown Interview Naomi Goldstein. (139 miles) | 5.50 |
| 01/04/12 | Review of documents received from counsel | 2.00 |
| 01/04/12 | Meeting with client and Jim Neville and Steve Zissou at MCD (34 miles) | 5.50 |
| 01/04/12 | Travel to Washington DC. Attempt to interview Congressman John Dingell (refused), spoke with staff member.  Interview Sara Robles of The District of  Colombia Bar Association. Attempt to Interview staff at  WMET-AM radio(out of Business) Attempt to interview the counsel to the President, refused. (629 miles, $25.50 tolls) | 17.00 |
| 01/05/12 | Travel to Trenton NJ interview Robin Strough from the Disciplinary Review Board. (185 miles, $14.50 tolls) | 4.00 |
| 01/18/12 | Review file, notes and discovery for meeting with client and counsel | 2.00 |

| Date | Description | Hours |
|---|---|---|
| 01/19/12 | Meeting with client and counsel at MDC-Brooklyn. | 3.50 |
| 01/25/12 | Travel to 57 W 21 St . Interview Rudy Hammer. Travel to SDNY research court file on Walsh. (45 miles) | 4.00 |
| 01/27/12 | Review of file.  Meeting with associate and attorney James Neville | 3.50 |
| 02/11/12 | Review file for meeting with all counsel | 1.00 |
| 02/11/12 | Meeting with J. Neville and Steve Zissou. | 3.00 |
| 02/15/12 | Preparation of subpoenas as per counsel. Research to obtain Necessary information for subpoenas | 3.00 |

|  |  |
|---|---|
| Total Hours | 62.50 |
| 62.50 hours @ $95.00 per hour | $ 5,937.50 |
| Auto Mileage of 1,177 miles @ $0.51 per hour | 600.27 |
| Tolls | 49.50 |
| Total | $ 6,587.27 |

# INNOVATIVE STRATEGISTS, INC.

PRIVATE INVESTIGATIONS
P.O. BOX 35
SMITHTOWN, NY 11787

| PHONE: 631-979-1044 | FAX: 631-979-1043 |
|---|---|

Licensed by the New York State Department of State

DATE:       May 13, 2012
TO:         CJA CLERK EDNY
FROM:       Ronald J. Dwyer
SUBJECT:    Voucher   09CR405 (ADS)

Innovative Strategists, Inc.(ISI) has submitted the attached voucher for the services provided to attorneys James Neville, Esq. and Robert Larusso, Esq. and their her client, Fredercik Celani, in the case of USA -v- Frederick Celani 09CR405 (ADS)). ISI provided 62.50 hours of investigative services at a rate of $95.00 per hour which totals $5,937.50. The expenses incurred in providing these services totaled $649.77. The total for the voucher is $6,587.27.

The services provided were requested by Sally Butler, Esq. The services provided and expenses incurred as listed on the attached voucher and invoice are a true and accurate accounting and were necessary in conducting a proper investigation for the client and his attorney.


Ronald J. Dwyer