

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

July 19, 2012

VIA ECF AND INTER-OFFICE MAIL

Honorable Arthur D. Spatt
United States District Judge
United States District Court
1024 Federal Plaza
Central Islip, New York 11722

       Re:  United States v. Celani
             Cr. No. 09-405 (S-1) (ADS)

Dear Judge Spatt:

      The government writes to request until August 13, 2012, to oppose the defendant Frederick Celani's motion for appointment of an additional defense counsel under the Criminal Justice Act. Robert LaRusso, Celani's present defense counsel, has consented to this extension. The government requests until August 13 to oppose Celani's motion due to its length and to accommodate previously scheduled annual leave of the undersigned.

                             Respectfully submitted,

                             LORETTA E. LYNCH
                             United States Attorney

                     By:  s/Richard T. Lunger
                         Richard T. Lunger
                         Assistant United States Attorney
                         (631) 715-7842

cc:  Robert LaRusso (Via ECF)